# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Vicky Martinez, H. Ed., individually and North County Health Services (NCHS) Ramona and DOES 1-20

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Teressa Palozzi

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**10/16/2013** at 09:40:42 AM

Clerk of the Superior Court
By Rebecca Vela, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* San Diego Superior Court
Hall of Justice, 330 West Broadway, San Diego, CA 92101

**CASE NUMBER:**
*(Número del Caso):*
37-2013-00071557-CU-MM-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
R. Craig Clark, CLARK LAW FIRM, 205 W Date Street, San Diego, CA 92101

| DATE: *(Fecha)* | 10/16/2013 | Clerk, by *(Secretario)* | R. Vela R. Vela | , Deputy *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> R Craig Clark <br> Clark Law Firm <br> 205 West Date Street <br> San Diego California 92101 <br> TELEPHONE NO: (619) 239 1321   FAX NO. *(Optional):* <br> E-MAIL ADDRESS *(Optional):* cclark@clarklawyers.com <br> ATTORNEY FOR *(Name):* Plaintiff Teressa Palozzi | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego <br> STREET ADDRESS: 330 West Broadway <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: San Diego California 92101 <br> BRANCH NAME: | **ELECTRONICALLY FILED** <br> Superior Court of California, <br> County of San Diego <br> **10/16/2013** at 09:49:42 AM <br> Clerk of the Superior Court <br> By Rebecca Vela, Deputy Clerk |
| PLAINTIFF: Teressa Palozzi <br><br> DEFENDANT: Vicky Martinez, H. Ed., individually and North County Health Services (NCHS) Ramona <br> ☑ DOES 1 TO 20 | |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** <br> ☐ AMENDED *(Number):* <br> Type *(check all that apply):* <br> ☐ MOTOR VEHICLE   ☐ OTHER *(specify):* <br>   ☐ Property Damage   ☐ Wrongful Death <br>   ☑ Personal Injury   ☐ Other Damages *(specify):* | |
| Jurisdiction *(check all that apply):* <br> ☐ ACTION IS A LIMITED CIVIL CASE <br>   Amount demanded ☐ does not exceed $10,000 <br>             ☐ exceeds $10,000, but does not exceed $25,000 <br> ☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000) <br> ☐ ACTION IS RECLASSIFIED by this amended complaint <br>   ☐ from limited to unlimited <br>   ☐ from unlimited to limited | CASE NUMBER: <br><br> 37-2013-00071557-CU-MM-CTL |

1. Plaintiff *(name or names):* Teressa Palozzi .
   alleges causes of action against defendant *(name or names):*
   Vicky Martinez, H. Ed. & North County Health Services (NCHS) Ramona
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use <br> Judicial Council of California <br> PLD-PI-001 [Rev. January 1, 2007] <br> **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** <br> Code of Civil Procedure, § 425.12 <br> www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Teressa Palozzi v. Vicky Martinez H. Ed. & NCHS Ramona | |

4. ☐ Plaintiff (name):

   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): NCHS Ramona
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-20 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1-20 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☑ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Teressa Palozzi v. Vicky Martinez H. Ed. & NCHS Ramona | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☑ Other *(specify):*
       medical negligence

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☑ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☑ loss of earning capacity
    g. ☑ other damage *(specify):*
       Emotional damages, and any other damages which may be recovered under the law

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
    5 A and B

Date: October 8, 2013

R. CRAIG CLARK
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]       **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**       Page 3 of 3

**Attachment One (1)**

**Defendants:**

1. Vicky Martinez, H. Ed.
2. North County Health Services (NCHS) Ramona

### Attachment Two (2)

### Statement of Liability

### Professional/Medical Negligence

Teressa Palozzi was seen on or about March 7, 2013 at Planned Parenthood and was informed of a probable ectopic pregnancy. She was provided a list of clinics which included Defendant NCHS in Ramona. Upon visiting NCHS Ramona, Ms. Palozzi was told by Vicky Martinez, H Ed. (Defendant) that Ms. Palozzi did not have ectopic pregnancy in a snap diagnosis. Proper tests to rule out an ectopic pregnancy were not conducted and Ms. Palozzi was not allowed to see a medical doctor or midwife. She was sent home with instructions to take vitamins and folic acid. Ms. Palozzi did in fact have an ectopic pregnancy that became a true medical emergency on March 16, 2013. Ms. Palozzi was flown by emergency helicopter services to Sharp Memorial Hospital having lost a tremendous amount of blood where she underwent transfusions and emergency surgery. Ms. Palozzi survived but continues to suffer from injuries and damages as a result of the malpractice by Defendants Martinez and NCHS Ramona. Ms. Palozzi seeks all damages available under the law for the injuries caused by Defendants.

In fact, Ms. Palozzi did have an ectopic pregnancy. Without proper treatment, that became a true medical emergency on March 16th, 2013 and Ms. Palozzi was life flighted to Sharp Memorial Hospital where she underwent transfusions and emergency surgery. Ms. Palozzi came very near death. She survived but suffered, and continues to suffer, from injuries and damages as a result of the malpractice by Ms. Martinez and NCHS.

Ms. Palozzi intends to file and action against the two entities named above approximately 90 days from the date of this Notice.

The Clark Law Firm

R. Craig Clark

2