# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESSA PALOZZI, | CASE NO. 14cv794 JM(BGS) |
| Plaintiff, | ORDER GRANTING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the Federal Tort Claims Act, 28 U.S.C. §2675(a), Defendant United States of America moves to dismiss Plaintiff's complaint for failure to exhaust administrative remedies. The requirement to exhaust administrative claims is jurisdictional in nature and may not be waived. Brady v. United States, 211 F.3d 499, 502 (9th Cir. 2000). As Plaintiff does not oppose the motion, (Ct. Dkt. 8), the court dismisses the action for failure to exhaust administrative remedies and instructs the Clerk of Court to close the file.

**IT IS SO ORDERED.**

DATED: June 10, 2014

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

- 1 -

14cv0794